UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BYRON ERIBERTO MARTINEZ CRUZ, <br><br> Petitioner, <br><br> v. <br><br> PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement, and KRISTI NOEM, U.S. Department of Homeland Security, <br><br> Respondents. | Civil Action No. 1:25-cv- 12854-IT |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 22] granting Petitioner Byron Eriberto Martinez Cruz's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering Respondents to release Petitioner from custody by October 10, 2025, and Respondents' Status Report [Doc. No. 24] indicating that Petitioner remains released from U.S. Immigration and Customs Enforcement custody and that ICE has not since sought or noticed a bond hearing for Petitioner, this action is now CLOSED.

IT IS SO ORDERED.

December 3, 2025                                    /s/ Indira Talwani
                                                    United States District Judge